**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| TYLER DILBARIAN,<br><br>                    Plaintiffs,<br>          v.<br><br>INFINITY PHARMACEUTICALS, INC., ADELINE PERKINS, and LAWRENCE BLOCH, JR.,<br><br>                    Defendants. | C.A. No. 23-cv-11865 |

**SUGGESTION OF BANKRUPTCY**

TO THE HONORABLE MYONG J. JOUN:

Infinity Pharmaceuticals, Inc. (the "Defendant"), advises the Court, and all parties of record, that on September 29, 2023, the Defendant[1] filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified), in the United States Bankruptcy Court for the District of Delaware.  The case is styled as *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS).  The bankruptcy petition, a copy of which is attached hereto as **Exhibit A**, operates to stay the continuation of the above-captioned action to the extent provided under 11 U.S.C. § 362.[2]

---

[1] The Defendant, along with the last four digits of the Defendant's federal tax identification number, where applicable, is Infinity Pharmaceuticals, Inc. (5706).  The Defendant's mailing address is 1100 Massachusetts Avenue, Floor 4, Cambridge, MA 02138.

[2] In its bankruptcy case, the Defendant filed a motion to affirm the applicability of, or in the alternative to extend, the stay to the other defendants in this action.  *See* Motion of the Debtors for Entry of an Order Affirming the Applicability of the Automatic Stay or, in the Alternative, Extending the Automatic Stay, *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS), ECF No. 12.  That motion is pending and currently set for hearing on October 25, 2023.  The Defendant will apprise this Court of any order issued by the bankruptcy court on the motion, or if the motion is otherwise resolved.

Dated:  October 9, 2023
     Boston, MA

*/s/  Daniel W. Halston*

Daniel W. Halston
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6654
Email: Daniel.Halston@wilmerhale.com

*Counsel for Defendants Infinity
Pharmaceuticals, Inc., Adeline Perkins, and
Lawrence Bloch, Jr.*

2