**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TYLER DILBARIAN,

                    Plaintiffs,
      v.

INFINITY PHARMACEUTICALS, INC., ADELINE PERKINS, and LAWRENCE BLOCH, JR.,

                    Defendants.

C.A. No. 23-cv-11865

## NOTICE OF ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AFFIRMING THE APPLICABILITY OF THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, EXTENDING THE AUTOMATIC STAY

Defendants Infinity Pharmaceuticals, Inc. ("Infinity"), Adeline Perkins, and Lawrence Bloch, Jr. (the "Individual Defendants") advise the Court, and all parties of record, that on October 25, 2023, the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the Order attached hereto as **Exhibit A** (the "Stay Order") in *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS). The Order affirms that actions—including this Action—against Infinity and the Individual Defendants are stayed. As background:

I.   **Infinity's Bankruptcy Petition and Suggestion of Bankruptcy**

On September 29, 2023, Infinity filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified), in the United States Bankruptcy Court for the District of Delaware. *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS). The bankruptcy petition operates to stay this Action per 11 U.S.C. § 362 against the debtor Infinity. On October 9, 2023, Defendants filed a suggestion of bankruptcy in this Court. Suggestion of Bankruptcy, ECF No. 7.

**II.    Infinity's Motion for Entry of an Order Affirming the Applicability of the Automatic Stay or, in the Alternative, Extending the Automatic Stay**

On September 29, 2023, in its bankruptcy case, Infinity filed a motion to affirm the applicability of, or in the alternative to extend, the stay to, among others, the Individual Defendants. *See* Motion of the Debtors for Entry of an Order Affirming the Applicability of the Automatic Stay or, in the Alternative, Extending the Automatic Stay, *In re Infinity Pharmaceuticals, Inc.*, Case No. 23-11640 (BLS), ECF No. 12.  A copy of the motion was served on each Plaintiff in this Action through their counsel of record.  A true and accurate copy of the certificate of service, reflecting the form of service on Plaintiff Dilbarian of both the motion and the hearing date on the motion, is attached as **Exhibit B** (see internal Exhibits E and F confirming service on Plaintiff Tyler Dilbarian). There were no objections to Infinity's motion, as evidenced by the Certificate of No Objection attached as **Exhibit C**.

**III.    The Stay Order**

On October 25, 2023, the Bankruptcy Court entered the Order granting the motion.  A copy of that Order is attached as **Exhibit A**.  The Order confirms that the automatic stay applies to all aspects of this Action and all Defendants named herein, and that further activity in this Action is enjoined, subject to any relief from such stay as may be ordered by the Bankruptcy Court pursuant to the U.S. Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Dated:  October 26, 2023

*/s/ Daniel W. Halston*
Daniel W. Halston (BBO#548692)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6654
Email: Daniel.Halston@wilmerhale.com

*Counsel for Defendants Infinity*

2

*Pharmaceuticals, Inc., Adeline Perkins, and
Lawrence Bloch, Jr.*