# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INFINITY PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 23-11640 (BLS) |
| Debtors. | (Joint Administration Requested) |

**AFFIDAVIT OF SERVICE**

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A:**

- **Declaration of Seth A. Tasker in Support of the Debtors' Chapter 11 Petition and First Day Pleadings** (Docket No. 2)

- **Motion of the Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases** (Docket No. 3)

- **Debtors' Application for Authorization to Employ and Retain Stretto, Inc. As Claims and Noticing Agent Effective as of the Petition Date** (Docket No. 4)

- **Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations** (Docket No. 5)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 6)

- **Motion of the Debtors for Entry of an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(B)** (Docket No. 7)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Infinity Pharmaceuticals, Inc. (5706) and Infinity Discovery, Inc. (9480). The Debtors' mailing address is 1100 Massachusetts Avenue, Floor 4, Cambridge, MA 02138.

- **Debtors' Motion for Entry of an Order Modifying the Requirements for the List of Equity Security Holders and Modifying the Notice Requirements for Equity Security Holders)** (Docket No. 8)

- **Motion of Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Approving Stalking Horse Bid Protections, (III) Scheduling a Hearing to Consider the Sale, (IV) Approving the Form and Manner of Notice of Sale by Auction, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (Docket No. 11)

- **Motion of the Debtors for Entry of an Order Affirming the Applicability of the Automatic Stay or, in the Alternative, Extending the Automatic Stay** (Docket No. 12)

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Order Granting Motion of the Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases** (Docket No. 27)

- **Order Authorizing Employment and Retention of Stretto, Inc. As Claims and Noticing Agent Effective as of the Petition Date** (Docket No. 28)

- **Interim Order Granting Motion of the Debtors for Entry of an Order Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits, and Other Associated Obligations** (Docket No. 29)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 30)

- **Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(B)** (Docket No. 31)

- **Order Granting Debtors' Motion for Entry of an Order Modifying the Requirements for the List of Equity Security Holders and Modifying the Notice Requirements for Equity Security Holders** (Docket No. 32)

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B:**

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 6)

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 30)

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C:**

- **Motion of the Debtors for Entry of an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(B)** (Docket No. 7)

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(B)** (Docket No. 31)

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on Environmental Council of the States at ecos@ecos.org:

- **Motion of Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to the Sale of Substantially All of the Debtors' Assets, (II) Approving Stalking Horse Bid Protections, (III) Scheduling a Hearing to Consider the Sale, (IV) Approving the Form and Manner of Notice of Sale by Auction, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief** (Docket No. 11)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F:**

- **Motion of the Debtors for Entry of an Order Affirming the Applicability of the Automatic Stay or, in the Alternative, Extending the Automatic Stay** (Docket No. 12)

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit G:**

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Order Granting Motion of the Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases** (Docket No. 27)

- **Order Authorizing Employment and Retention of Stretto, Inc. As Claims and Noticing Agent Effective as of the Petition Date** (Docket No. 28)

- **Interim Order Granting Motion of the Debtors for Entry of an Order Authorizing the Debtor to Pay Prepetition Wages, Compensation, Employee Benefits, and Other Associated Obligations** (Docket No. 29)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 30)

- **Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(B)** (Docket No. 31)

- **Order Granting Debtors' Motion for Entry of an Order Modifying the Requirements for the List of Equity Security Holders and Modifying the Notice Requirements for Equity Security Holders** (Docket No. 32)

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Furthermore, on October 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Delaware Division Of Revenue, at jennifer.noel@delaware.gov:

- **Second Amended Notice of Agenda for Hearing Scheduled for October 2, 2023, at 11:00 A.M. (Prevailing Eastern Time), Before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801** (Docket No. 21)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers** (Docket No. 30)

{SPACE LEFT INTENTIONALLY BLANK}

- **Omnibus Notice of Second Day Hearing** (Docket No. 34)

Dated: October 4, 2023

_Dylan P. Dickerson_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 4th day of October, 2023 by Dylan P. Dickerson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aliri USA Inc. | Attn: Nicole Perkins | 4720 Forge Road Suite 108 | | Colorado Springs | CO | 80907 | |
| Allucent (Pharm-Olam LLC) | Attn: Craig Muir | 25329 Budde Rd., Suite 1103 | | The Woodlands | TX | 77380 | |
| Almac Clinical Services LLC | Attn: Bridget Hanson | 25 Fretz Road | | Souderton | PA | 18964 | |
| Broadridge | Attn: Kunzang Hyolmo | PO Box 416423 | | Boston | MA | 02241-6423 | |
| Delaware Secretary of State | Attn: Legal Dept | 401 Federal Street | | Dover | DE | 19901 | |
| Delaware Secretary of State | Division of Corporations | Franchise Tax PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | Attn: Legal Dept | 820 Silver Lake Blvd., Suite 100 | | Dover | DE | 19904 | |
| Fabbrica Italiana Sintetici S.p.A. | Attn: Caccamo Ornella | Viale Milano, 26-36075 | | Montecchio, Maggiore | | 36075 | Italy |
| Fortrea Clinical Research Unit Inc. | Attn: Donna Smith | 3402 Kinsman Blvd. | | Madison | WI | 53704 | |
| Greenphire  Inc. | Attn: Adrian Keeney | 1018 W. 9th Avenue  Suite 200 | | King of Prussia | PA | 19406 | |
| Icon Clinical Research | Attn: Brendan Donovan | PO Box 82-8268 | | Philadelphia | PA | 19182-8268 | |
| Internal Revenue Service | Attn: Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Labcorp Central Laboratory Srvcs LP | Attn: Jana Brown | 8211 SciCor Dr | | Indianapolis | IN | 46214-2985 | |
| LabcorpEarlyDevelopmentLaboratories | Attn: Adam Blodgett | 3301 Kinsman Blvd | | Madison | WI | 53704 | |
| Medidata Solutions Inc | Attn: Alyssa D'Orazio &Peter Harker | 79 Fifth Avenue, 8th Floor | | New York | NY | 10003 | |
| Medpace Inc. | Attn: Mark Speed | 5375 Medpace Way | | Cincinnati | OH | 45227 | |
| Morrow Sodali LLC | Attn: Paul Schulman | 333 Ludlow Street 5th Floor | | Stamford | CT | 06902 | |
| Oxford Global Resources LLC | Attn: Nanci Bentley | PO Box 3256 | | Boston | MA | 02241-3256 | |
| Parexel International (IRL) Limited | Attn: Shalini Darshanam | One Kilmainham Square Inchicore Rd | Kilmainham | Dublin | | 8 | Ireland |
| PPD Development LP | Attn: Sharon Hollfelder | 26361 Network Place | | Chicago | IL | 60673-1263 | |
| ProPharma Group LLC | Attn: Ashley Nagle | 8717 W. 110th Street, Su 300 | | Overland Park | KS | 66210 | |
| Securities and Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street, Suite 400 | NY Regional Office Brookfield Pl | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St Suite 20-100 | | New York | NY | 10004-2616 | |
| Securities and Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, Ne | | Washington | DC | 20549 | |
| Sun Life Assurance Company Canada | Attn: Edward Roberts | 93 Summer Street, 2nd Floor | | Boston | MA | 02110 | |
| Tennessee Oncology PLLC | Attn: Sarah Cannon & James Jessica | PO Box 277816 | | Atlanta | GA | 30384-7816 | |
| Tigermed-BDM Inc. | Attn: Cecilia Xu | 100 Franklin Square Dr., Suite 305 | | Somerset | NJ | 08873 | |
| US Attorneys Office District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| US Food and Drug Administration | Attn: Legal Dept | 10903 New Hampshire Ave | | Silver Spring | MD | 20993-0002 | |
| US Trustee District of Delaware | Attn: Jane M. Leamy | 844 N King St #2207, Lockbox 35 | | Wilmington | DE | 19801 | |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

# <u>Exhibit B</u>



**Exhibit B**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| City of Cambridge | 795 Massachusetts Ave | Cambridge | MA | 02139 |
| Delaware Division Of Revenue | 820 N. French Street | Wilmington | DE | 19801 |
| Massachusetts Department Of Revenue | 100 Cambridge Street | Boston | MA | 02114 |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

Page 1 of 1

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Citibank, N.A. | 3800 Citigroup Center Drive | Tampa | FL | 33610 |
| JPMorgan Chase Bank, N.A. | PO Box 182051 | Columbus | OH | 43218-2051 |
| US Bank | 425 Walnut Street | Cincinnati | OH | 45202 |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

Page 1 of 1

# <u>Exhibit D</u>



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Environmental Council of the States | Attn: Legal Dept | 1250 H Street NW, Suite 850 | Washington | DC | 20005 |
| HCR Collateral Management LLC | Attn: Legal Dept | 300 Atlantic Street, 6th Floor | Stamford | CT | 06901 |
| HealthCare Royalty Partners III LP | Attn: Legal Dept | 300 Atlantic Street, 6th Floor | Stamford | CT | 06901 |
| US Environmental Protection Agency | Attn: Office of the Administrator | 1200 Pennsylvania Ave., N.W. | Washington | DC | 20460 |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

Page 1 of 1

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Adelene Perkins | | 83 Lincoln Road | | Wayland | MA | 01778 |
| Anthony Evnin | | 364 East Middle Patent Road | | Greenwich | CT | 06831 |
| Brian Schwartz | | 465 NE 6th St. | | Boca Raton | FL | 33432 |
| David William Beier | | 1038 Chestnut Street | | San Francisco | CA | 94109 |
| Lawrence Bloch | | PO Box 650129 | | West Newton | MA | 02465 |
| Norman C. Selby | | 205 Wood Road | | Mt. Kisco | NY | 10549 |
| Richard Gaynor | | 5031 Deer Ridge Drive South | | Carmel | IN | 46033 |
| Robert Childress | c/o Brodsky & Smith LLC | Attn: Evan J Smith | 240 Mineola Blvd | Mineola Blvd | NY | 11501 |
| Samuel Agresta | | 24 Coolidge Avenue | | Lexington | MA | 02420 |
| Seth Tasker | | 120 Chilton Street | | Cambridge | MA | 02138 |
| Sujay R. Kango | | 81 Country Way | | Needham | MA | 02492 |
| Tyler Dilbarian | c/o Law Offices of Sean K. Collins | Attn: Sean Collins | 184 High Street, Suite 503 | Boston | MA | 02110 |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

# **Exhibit F**



**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Adelene Perkins | | | adelene.perkins@infi.com |
| Anthony Evnin | | | abevnin@gmail.com |
| David William Beier | | | dbeier@baycitycapital.com |
| Lawrence Bloch | | | lawrence.bloch@infi.com |
| Richard Gaynor | | | rchrdgaynor@gmail.com |
| Robert Childress | c/o Brodsky & Smith LLC | Attn: Evan J Smith | esmith@brodsky-smith.com |
| Samuel Agresta | | | svja1072@gmail.com |
| Seth Tasker | | | Seth.Tasker@infi.com |
| Sujay R. Kango | | | srkango@hotmail.com |
| Tyler Dilbarian | c/o Law Offices of Sean K. Collins | Attn: Sean Collins | sean@neinsurancelaw.com |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)

Page 1 of 1

# **<u>Exhibit G</u>**



## Exhibit G
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Aliri USA Inc. | Attn: Nicole Perkins | nperkins@pyxant.com<br>nicole.perkins@aliribio.com |
| Allucent (Pharm-Olam, LLC) | Attn: Craig Muir | POI_USAcctsReceivable@allucent.com |
| Almac Clinical Services LLC | Attn: Bridget Hanson | acsbilling@almacgroup.com |
| Broadridge | Attn: Kunzang Hyolmo | invoices@broadridge.com<br>remittance@broadridge.com |
| Fabbrica Italiana Sintetici, S.p.A. | Attn: Caccamo Ornella | Ornella.Caccamo@fisvi.com |
| Fortrea Clinical Research Unit Inc. | Attn: Smith, Donna | Donna.Smith@fortrea.com |
| Greenphire, Inc. | Attn: Adrian Keeney | accounting@greenphire.com<br>accounting@accounting.greenphire.com |
| Icon Clinical Research | Attn: Brendan Donovan | ar@propharmagroup.com |
| Labcorp Central Laboratory Services, LP | Attn: Jana Brown | jana.brown@labcorp.com |
| Labcorp Early Development Laboratories, Inc. | Attn: Adam Blodgett | accountsreceivable@covance.com<br>todd.stotlar@covance.com<br>jamey.fox@labcorp.com |
| Medidata Solutions Inc | Attn: Alyssa D'Orazio & Peter B. Harker | invoicing@mdsol.com |
| Medpace, Inc. | Attn: Mark Speed | Invoicing@Medpace.com<br>accountsreceivable@medpace.com |
| Morrow Sodali LLC | Attn: Paul Schulman | p.schulman@morrowsodali.com |
| Office of the U.S. Trustee For the District of Delaware | Attn: Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Oxford Global Resources, LLC | Attn: Nanci Bentley | nanci_bentley@oxfordcorp.com<br>epayments@oxfordcorp.com |
| Parexel International (IRL) Limited | Attn: Shalini Darshanam | Shalini.Darshanam@parexel.com<br>notices@parexel.com |
| PPD Development, LP | Attn: Sharon Hollfelder | sharon.hollfelder@ppd.com<br>areceivable@PPDI.com |
| ProPharma Group, LLC | Attn: Ashley Nagle | ashley.nagle@propharmagroup.com<br>AccountingTX@ProPharmaGroup.com |
| Securities and Exchange Commission | Attn: Lara Shalov Mehraban | NYROBankruptcy@SEC.GOV |
| Sun Life Assurance Company of Canada | Attn: Edward Roberts | eroberts@synergyboston.com<br>eroberts@synergy-inv.com |
| Tennessee Oncology, PLLC (Sarah Cannon) | Attn: James Jessica | Jessica.James2@sarahcannon.com |
| Tigermed-BDM Inc. | Attn: Cecilia Xu | Cecilia.Xu@tigermedgrp.com |
| US Attorney's Office For the District of Delaware | | usade.press@usdoj.gov |

In re: Infinity Pharmaceuticals, Inc., et al.
Case No. 23-11640 (BLS)