UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Tyler Dilbarian,**


**V.**                              CIVIL ACTION NO. **1:23-cv-11865-MJJ**


**Infinity Pharmaceuticals, Inc. et al.**


### PROCEDURAL ORDER


**JOUN, D.J.**


In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

The above-captioned case is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.


October 27, 2023

/s/ Steve K. York
--------------------------
**Deputy Clerk**